MANHATTAN LIFE INS. CO., Respondent, v. AMERICAN SURETY CO., Appellant. (Supreme Court, Appellate Division, First Department. March 5, 1897.) Action by the Manhattan Life Insurance Company against the American Surety Company of New York. G. S. Hastings, for appellant. E. S. Rapallo, for respondent.

PER CURIAM. The order appealed from should be modified by requiring the plaintiff to renew its offer to exhibit to the defendant its books and the result of its investigation and accounting of and with the affairs of James G. West, and to stipulate that the defendant may avail itself of said offer without prejudice to its defense of nonliability. If the plaintiff refuses to renew such offer and to so stipulate, the motion, so far as the appellant claims particulars on page 13 of its brief upon this appeal, should be granted. If, however, the plaintiff renews such offer, and so stipulates, the motion should be denied. Costs of the motion in either case to abide the event. No costs of this appeal to either party.

MARLEY v. CITY OF COHOES. (Supreme Court, Appellate Division, Third Department. March 12, 1897.) Action by Kate Marley against the city of Cohoes. No opinion. Motion for reargument, or for leave to go to the court of appeals, denied, without costs to either party. See 42 N. Y. Supp. 1128.

MERRITT, Appellant, v. MERRITT, Respondent. (Supreme Court, Appellate Division, Second Department. March 19, 1897.) Action by John Merritt, as executor and trustee of Hannah B. Merritt, deceased, against George Merritt. No opinion. Order affirmed, with $10 costs and disbursements, to abide the event; plaintiff to have 20 days from the service of order on this decision in which to serve bill of particulars.

MERZ, Respondent, v. INTERIOR CONDUIT & INSULATION CO., Appellant. (Supreme Court, Appellate Division, First Department. October 16, 1896.) Action by Franz Merz against the Interior Conduit & Insulation Company. No opinion. Motion denied, with $10 costs. See 41 N. Y. Supp. 1123.

MEYER, Respondent, v. DAMM et al., Appellants. (Supreme Court, Appellate Division, First Department. April 9, 1897.) Action by Henry J. Meyer against Rudolph Damm and others. Gratz Nathan, for appellants. A. McCulloh for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

MILBOURNE v. ROYAL BEN. SOC. (Supreme Court, Appellate Division, First Department. April 15, 1897.) Action by T. Jefferson Milbourne against the Royal Benefit Society. No opinion. Motion denied. See 43 N. Y. Supp. 1026.

MOLLISON et al., Appellants, v. FLANNAGAN et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. April 10, 1897.) Action by Gilbert Mollison and James Dowdle against Samuel J. Flannagan and John A. Flannagan. No opinion. Order affirmed, with $10 costs and disbursements.

MONROE COUNTY SAVINGS BANK, Respondent, v. UNITED STATES FIRE INS. Co., Appellant. (Supreme Court, Appellate Division, Fourth Department. April 10, 1897.) Action by the Monroe County Savings Bank against the United States Fire Insurance Company. No opinion. Judgment affirmed, with costs.

MONTGOMERY, Respondent, v. SARTIRANO et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 9, 1897.) Action by George C. Montgomery against Angeline Sartirano and William J. Ryan. No opinion. Order affirmed, with $10 costs and disbursements. See 44 N. Y. Supp. 1066.

MOONEY, Appellant, v. BYRNE et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 16, 1897.) Action by Mary J. Mooney against Anastatia Byrne and others. No opinion. Judgment and order affirmed, with costs, on the authority of Mooney v. Byrne, 1 App. Div. 320, 37 N. Y. Supp. 388.

MOORE, Appellant, v. ELDRIDGE, Respondent. (Supreme Court, Appellate Division, Third Department. March 8, 1897.) Action by William Moore against Taylor J. Eldridge. No opinion. Judgment reversed as to that portion thereof relating to the east half of lot 57, and a new trial granted, and as to the west half affirmed, without costs of the appeal; all other costs to abide the event. All concur, except PUTNAM and MERWIN, JJ., dissenting. See 40 N. Y. Supp. 594; 41 N. Y. Supp. 1123.

MOOSBRUGGER v. FLECKENSTEIN et al. (Supreme Court, Appellate Division, Fourth Department. April 10, 1897.) Action by Angela E. Moosbrugger against Joseph Fleckenstein, and 14 other actions. No opinion. Motion denied, with $10 costs.

MORIARITY, Appellant, v. CITY OF ALBANY, Respondent. (Supreme Court, Appellate Division, Third Department. March 9, 1897.) Action by Patrick Moriarity against the city of Albany. No opinion. Motion for reargument granted, without costs to either party. See 40 N. Y. Supp. 583.

MORRISSEY, Respondent, v. NASSAU ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 20, 1897.) Action by Edith May Morrissey, an infant, by John L. Morrissey, Jr., her guardian ad litem, against the Nassau Electric Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.